UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-3-03 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| NICHOLAS PARTICK CORNISH, | |
| Defendants. | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for hearing on the Government's motion for detention (ECF No. 22) on February 7, 2020. Defendant also faces criminal charges in state court. Defendant would likely be detained on the state charges if released on bond by this Court. Defendant requested additional time to resolve this situation. Defendant waived detention hearing at this time and reserved his right to a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: February 7, 2020        /s/ Maarten Vermaat
                               MAARTEN VERMAAT
                               U.S. MAGISTRATE JUDGE